■ JESSIE M. MULLEN, as Executrix of TERENCE J. MULLEN, Deceased, Respondent, v. ROBERT R. McLAUGHLIN, Appellant.— In an action to recover damages alleged to have been sustained by respondent's testator, the appeal is from a judgment entered on a jury verdict for $36,861 in favor of the testator. In August, 1951 appellant, a dermatologist, gave the testator X-ray treatments for a skin condition. The claim is that the testator suffered roentgen dermatitis

as a result of appellant's negligence. Judgment reversed and a new trial granted, with costs to abide the event, unless respondent, within 10 days after the entry of the order hereon, stipulate to reduce the verdict to $27,500, in which event, the judgment, as so reduced, is unanimously affirmed, without costs. In our opinion, the verdict is excessive. Beldock, Acting P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ., concur.